UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCULLOCK,<br><br>                Plaintiff<br><br>         v.<br><br>WARDEN D. SAMUEL, et al.,<br><br>                Defendants. | Case No. 2:23-cv-03322-JFW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint [Dkt. 1], all relevant documents filed and lodged in this action, the Report and Recommendation of United States Magistrate Judge [Dkt. 17, "Report"], and Plaintiff's "Answer" to the Report [Dkt. 18]. The "Answer" does not state any objections to the Report.

Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Complaint is dismissed both with and without leave to amend for the reasons outlined in the Report; (2) Plaintiff is granted leave to amend to file a First Amended Complaint that attempts to plead viable 42 U.S.C. § 1983 claims based on the theory that Defendants' failure to provide him with currently effective versions

of certain CDCR forms violated Plaintiff's First Amendment right to access the courts and his procedural due process rights; (3) in all other respects, the Complaint is dismissed without leave to amend; and (4) if Plaintiff wishes to pursue this action, he must file a First Amended Complaint within thirty (30) days of this Order that corrects the defects of the Complaint identified in the Report.

DATE: May 17, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2