JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCULLOCK, | Case No. 2:23-cv-03322-JFW (GJS) |
| Plaintiff | |
| v. | **JUDGMENT** |
| WARDEN D. SAMUEL, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.


DATED:  July 3, 2024.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE